# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONNELL HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER DORSEY, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00653-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff's motion to extend the filing deadline for a complete *in forma pauperis* application. Docket No. 4. The Court **GRANTS** the motion. No later than **June 17, 2021**, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee). Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: May 18, 2021

                                                                Nancy J. Koppe
                                                                United States Magistrate Judge