UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONNELL HENRY,

    Plaintiff,

v.

JENNIFER DORSEY, et al.,

    Defendants.

Case No. 2:21-cv-00653-APG-NJK

**ORDER**

On May 3, 2021, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis* because Plaintiff failed to attach an inmate account statement for the past six months and a properly executed financial certificate. Docket No. 3; *see also* LSR 1-2. On May 24, 2021, Plaintiff submitted an inmate account statement and a financial certificate, Docket No. 6, but failed to file a complete application to proceed *in forma pauperis*. *See* Docket.

Accordingly, Plaintiff is hereby **ORDERED** to either (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee), no later than June 25, 2021. Plaintiff is cautioned that any application to proceed *in forma pauperis* must include an inmate account statement and financial certificate. **Failure to timely comply with this order will result in a recommendation to the District Judge that this case be dismissed without prejudice.** The Court **INSTRUCTS** the Clerk of Court to send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

    IT IS SO ORDERED.

    Dated: May 26, 2021

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge